USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
       UNITED STATES OF AMERICA,

                  -against-

       JOEL BRANFORD,

                            Defendant.
------------------------------------------------------------- X

1:14-cr-225-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 9, 2020, Mr. Branford filed a motion for return of property under Federal Rule of Criminal Procedure 41(g). Dkt. No. 253. The United States is directed to file any response to that motion no later than December 14, 2020.

The Clerk of Court is directed to mail a copy of this order to Mr. Branford at his current address, as provided in Dkt. No. 253, and to note proof of mailing on the docket.

SO ORDERED.

Dated: November 12, 2020
       New York, New York

_____
GREGORY H. WOODS
United States District Judge