```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                         :
UNITED STATES OF AMERICA,            :

-against-               :            1:14-cr-225-GHW

JOEL BRANFORD,                     :            ORDER
                          Defendant.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court has received Defendant's August 10, 2021 letter regarding the return of Defendant's property, Dkt. No. 266, which contains the address to which the Government is to direct the return of Defendant's property.

The Clerk of Court is directed to mail a copy of this order to Mr. Branford at his current address, as provided in Dkt. No. 266, and to file proof of service on the docket.

The Clerk's Office is directed to terminate the motion at Dkt. No. 253.

SO ORDERED.

Dated: August 11, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge