USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL BRANFORD,

                        Movant,

         -against-

UNITED STATES OF AMERICA,

                        Respondent.

22-CV-1264 (GHW)

14-CR-0225-1 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

       The Court has received Mr. Branford's letter dated April 25, 2022. Dkt. No. 273. The Court does not expect that the Government will file a second opposition in response to the supplemental submission filed by Mr. Branford on April 26, 2022. Dkt. No. 272. Mr. Branford is ordered to file his reply to the Government's opposition no later than May 25, 2022. The Government may file a surreply to respond to Mr. Branford's April 26, 2022 submission, as well as any his reply, if it wishes to do so.

       The Clerk of Court is ordered to mail a copy of this order to Mr. Branford by certified mail.

       SO ORDERED.

Dated:   May 6, 2022
            New York, New York

                                                    GREGORY H. WOODS
                                                 United States District Judge